1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
      UNITED STATES OF AMERICA,                    CASE NO. 1:07-cr-00058-LJO
12
                            Respondent,            **ORDER FOR OPPOSITION**
13          vs.                                    (Doc. 241)

14    JOSE ESQUIVEL MENDEZ,

15                            Defendants.
      _____ /
16

17          Petitioner Jose Esquivel Mendez ("petitioner") is a federal prisoner who filed a pro se motion

18   to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("section 2255"). Having

19   reviewed petitioner's motion, this Court finds that an opposition by the Government will assist in the

20   determination of the issues raised by petitioner. **Accordingly, this Court ORDERS the Government**

21   **no later than, June 19, 2012, to file and serve an opposition to this motion.** This Court shall take

22   the section 2255 motion under submission after the opposition is filed. No further submissions shall be

23   accepted, unless further ordered by this Court. In addition, no hearing is set in this matter.

24

25

26          IT IS SO ORDERED.

27   **Dated:    May 15, 2012**              _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE
28

                                                   1