# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:07-CR-00058-LJO |
| Respondent, | **ORDER APPOINTING COUNSEL** |
| vs. | (Doc. 243) |
| JOSE ESQUIVEL MENDEZ, | |
| Petitioner. | |

Good cause having been shown and in the interest of justice, it is ordered that the appointment of Kathleen C. Page, appellate counsel for Jose Esquivel Mendez, is expanded to include representation of Jose Esquivel Mendez regarding his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("section 2255"). Petitioner's motion to expand appointment of counsel is GRANTED.

Counsel indicates that she plans to file an amended section 2255 motion. Accordingly, this Court VACATES its order requesting the Government to file an opposition no later than, June 19, 2012 (Doc. 242). Any opposition by the Government is due within five weeks of service of petitioner's amended section 2255 motion. The amended section 2255 motion filed by Ms. Page will supercede defendant's section 2255 motion filed on May 10, 2012 (doc. 241).

IT IS SO ORDERED.

**Dated: May 18, 2012**             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

1