PAGE & PAGE ATTORNEYS AT LAW
Post Office Box 255487
Sacramento, California 95865
Phone (916) 556-0828

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOSE ESQUIVEL MENDEZ,<br><br>Petitioner. | Case No.: 1:07-cr-00058-LJO<br><br>ORDER |

ORDER

Having read and considered the foregoing stipulation,

GOOD CAUSE HAVING BEEN SHOWN, IT IS THE ORDERED that the filing date of May 18, 2012, for Petitioner's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody with an attached Memorandum of Points and Authorities is VACATED.

IT IS FURTHER ORDERED THAT on or before August 17, 2012, Petitioner shall file and serve his Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody with an attached Memorandum of Points and Authorities. Any opposition by the Government is due within five weeks of service of Petitioner's amended section 2255 motion.

This Court LIMITS the parties' points and authorities to 25 pages unless this Court orders otherwise.

IT IS SO ORDERED.

Dated: __June 18, 2012__          __/s/ Lawrence J. O'Neill__
                                  UNITED STATES DISTRICT JUDGE