PAGE & PAGE ATTORNEYS AT LAW
Post Office Box 255487
Sacramento, California 95865
Phone (916) 556-0828

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOSE ESQUIVEL MENDEZ,<br><br>Petitioner. | Case No.: 1:07-cr-00058-LJO<br><br>PROPOSED ORDER |

ORDER

Having read and considered the foregoing stipulation,

GOOD CAUSE HAVING BEEN SHOWN, IT IS THE ORDERED that the filing date of August 17, 2012, for Petitioner's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody with an attached Memorandum of Points and Authorities is VACATED.

IT IS FURTHER ORDERED THAT on or before September 17, 2012, Petitioner shall file and serve his Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody with an attached Memorandum of Points and Authorities. Any opposition by the Government is due within five weeks of service of Petitioner's amended section 2255 motion and not later than October 22, 2012.

IT IS SO ORDERED.

**Dated:   August 10, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE